No. 74–5340. GIBBS ET AL. *v.* GARVER, DIRECTOR, BUREAU OF MOTOR VEHICLES, ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.